IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES HARDING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DALE MEISEL, et al. | : | NO. 12-4487 |

## ORDER

AND NOW, this 3rd day of July, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and Respondents' Motion to dismiss the petition as moot, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED AS MOOT.

3. The motions for appointment of counsel and for bail are DISMISSED AS MOOT.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY, S.J.